**Opinion issued October 14, 2025.**



**In the**

# Court of Appeals

**for the**

# First District of Texas

_____

**NO. 01-24-00377-CV**

_____

**DASEAN A. JONES, Appellant**

**v.**

**TAMI C. PIERCE, Appellee**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-00841**

## MEMORANDUM OPINION

This is an appeal from a judgment signed on May 15, 2024. On September 10, 2025, appellant filed an unopposed motion for voluntary dismissal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. On September 12, 2024, appellee filed a letter noting she did not oppose the motion to dismiss.

The Court grants appellant's motion and dismisses this appeal. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guerra, and Morgan.